Entered on Docket
September 03, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

1
2
3
4
5
6
7
8  RICK A. YARNALL
   CHAPTER 13 BANKRUPTCY TRUSTEE
9  Marianne Gatti, Esq.
   Nevada Bar No. 7717
10 701 Bridger Avenue, Suite 820
   Las Vegas, Nevada 89101
11 Telephone: (702) 853-4500
   RAY13mail@LasVegas13.com
12
13
14          UNITED STATES BANKRUPTCY COURT
15            FOR THE DISTRICT OF NEVADA
16
17 In re:                    BK-S-10-22434-LBR
                             Chapter 13
18 SANTIAGO BARRON,
19                           Hearing Date: N/A
                             Hearing Time: N/A
20              Debtor.
21
22      **ORDER DISMISSING CHAPTER 13**
        **CASE PURSUANT TO SECTION 521(i)**
23
24     As the above-captioned Debtor has not complied with 11 U.S.C §521(i) in that the Debtor has

25 not filed Schedules A through J. The Debtor has also failed to file the Statement of Financial Affairs.

26 The 45 day period expired on August 16, 2010.

27 . . .

28

**IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under chapter 13 is DISMISSED for the Debtor failure to comply with 11 U.S.C. §521(i).

**IT IS FURTHER ORDERED** that Trustee shall be allowed administrative expenses in the amount of $150.00 per quarter that case is pending.

DATED this 2nd day of September, 2010.

Submitted by:

_____
MARIANNE GATTI, ESQ.
Nevada Bar No. 7717
701 Bridger Ave., Suite 820
Las Vegas, NV 89101
Attorney for RICK A. YARNALL,
Chapter 13 Bankruptcy Trustee

###